1  Robert A. Spanner, Esq., State Bar No. 60308
   TRIAL & TECHNOLOGY LAW GROUP
2  A Professional Law Corporation
3  545 Middlefield Road, Suite 220
   Menlo Park, California 94025
4  Telephone:   (650) 324-2223
   Facsimile:    (650) 324-0178
5
6  Attorneys for Plaintiff
   FORTE CAPITAL PARTNERS, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   FORTE CAPITAL PARTNERS, LLC,      )   Case No.  C 07-01237 MJJ
12                                   )
                                     )
13         Plaintiffs,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING DATE FOR
14      vs.                          )   HEARING ON DEFENDANTS'
                                     )   RULE 12(B)(6) MOTION TO
15 HARRIS CRAMER, LLP, et al.,       )   DISMISS AND DEFENDANTS'
                                     )   MOTION TO TRANSFER ACTION
16         Defendants.               )
17 _____   )

18
19
20        Pursuant to Civ. L. R. 6-2, Plaintiff Forte Capital Partners, LLC ("Forte"),

21 Defendants Frank, Rosen, Snyder & Moss, LLP, Alan L. Frank Law Associates, P.C.,

22 Alan L. Frank and Marc H. Snyder (the "Frank Rosen Defendants"), and Defendants

23 Harris Cramer LLP and Michael D. Harris (the "Harris Cramer Defendants"), by and

24 through their respective attorneys, hereby stipulate and agree as follows:

25
26
27
28
   Stip. and Order to Continue Hearing
   Date – Case No. C 07-01237 MJJ                    1

WHEREAS on March 19, 2007 the Frank Rosen Defendants filed a Rule 12(B)(6) Motion To Dismiss For Failure To State A Claim Upon Which Relief May Be Granted, and a Motion To Transfer Action to United States District Court, District of Delaware, Pursuant to 28 U.S.C. §1404(a), for hearing on April 24, 2007;

WHEREAS on March 20, 2007 the Harris Cramer Defendants filed a Notice of Joinder In And Joinder In Rule 12(B)(6) Motion To Dismiss For Failure To State A Claim Upon Which Relief May Be Granted;

WHEREAS Plaintiff's counsel is unavailable at the end of March and Plaintiff's lead counsel is ill;

WHEREAS the managing member of Plaintiff is unavailable during the last week of March because he will be out of state;

WHEREAS there have been no previous time modifications in this case;

WHEREAS the effect of the instant Stipulation will be to continue a hearing date, and will have no other effect on the schedule set in this case.

THEREFORE Plaintiff, the Frank Rosen Defendants and the Harris Cramer Defendants stipulate and agree as follows:

1. The hearing on the Frank Rosen Defendants' Rule 12(B)(6) Motion To Dismiss For Failure To State A Claim Upon Which Relief May Be Granted, and their Motion To Transfer Action to United States District Court, District of Delaware, Pursuant to 28 U.S.C. §1404(a) shall be continued for two weeks, so that the motions shall be heard on May 8, 2007 at 9:30 a.m. in Courtroom 11, 19th Floor of the United States Courthouse in San Francisco, California, or as soon thereafter as the Court is available.

2. The provisions of Civ. L.R. 7-7(d) shall apply, so that Plaintiff's oppositions shall be filed and served by April 17, 2007, and all Defendants' reply papers shall be filed and served by April 24, 2007.

Dated: 3/22/07

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
FORTE CAPITAL PARTNERS, LLC

/s/ Robert A. Spanner
By: _____
Robert A. Spanner

Dated: 3/22/07

CLAPP, MORONEY, BELLAGAMBA and VUCINICH
Attorneys for Defendants
FRANK, ROSEN, SNYDER & MOSS, LLP, ALAN L. FRANK LAW ASSOCIATES, P.C.. ALAN L. FRANK and MARC H. SNYDER

/s/ Joshua W. Rose
By: _____
Joshua W. Rose

Dated: March 22, 2007

ROECA HAAS HAGER LLP
Attorneys for Defendants
HARRIS CRAMER LLP and MICHAEL D. HARRIS

/s/ Russell S. Roeca
By: _____
Russell S. Roeca

Stip. and Order to Continue Hearing
Date – Case No. C 07-01237 MJJ

3

## ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The hearing on Frank, Rosen, Snyder & Moss, LLP, Alan L. Frank Law Associates, P.C., Alan L. Frank and Marc H. Snyder's Rule 12(B)(6) Motion To Dismiss For Failure To State A Claim Upon Which Relief May Be Granted, and their Motion To Transfer Action to United States District Court, District of Delaware, Pursuant to 28 U.S.C. §1404(a) shall be continued to __May 8, 2007 at 9:30 a.m.__.

2. The provisions of Civ. L.R. 7-7(d) shall apply, extending the time for filing and serving opposing papers or reply papers to 21 and 14 days, respectively, preceding the new hearing date.

Dated: __March 26, 2007__         _____/s/ Martin J. Jenkins_____
                                    UNITED STATES DISTRICT COURT JUDGE

Stip. and Order to Continue Hearing
Date – Case No. C 07-01237 MJJ                    4