IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, | No. C-07-01237 SBA (EDL) |
| Plaintiff, | **ORDER REGARDING SUPPLEMENTAL DECLARATION** |
| v. | |
| HARRIS CRAMER LLP ET AL, | |
| Defendant. | |

It is hereby ordered that the Frank Rosen Defendants shall provide, no later than Tuesday, October 7, 2008, a supplemental declaration from Mr. Alan Frank addressing the following: 1) the basis for his belief that Ms. Debbie Toberman was an attorney in November 2005; and 2) whether the insurance policy referred to in his November 18, 2005 letter to Ms. Toberman required the insurance company to defend and/or indemnify the law firm without a reservation of rights, whether there was a reservation of rights in the policy, and whether the insurance company exercised their reservation of rights (and if so, when).

**IT IS SO ORDERED.**

Dated: October 3, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge