IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, | No. 07-01237 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 59, 87, 100] |
| HARRIS CRAMER, LLP, *et al.*, | |
| Defendants. | |

Currently before the Court is Plaintiff Forte Capital Partners, LLC's Motion to Continue Discovery Cut-off Date [Docket No. 59]. Having read and considered the arguments presented by the parties in the papers submitted to the Court, the Court finds this matter appropriate for resolution without a hearing under Federal Rule of Civil Procedure 78(b).

After consideration of the briefs filed by the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

Plaintiff's Motion is GRANTED. The discovery cutoff is extended from September 30, 2008 to **October 31, 2008**.

IT IS SO ORDERED.

Dated: 10/10/08

SAUNDRA BROWN ARMSTRONG
United States District Judge