**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC,<br>　　　　Plaintiff,<br>　v.<br>HARRIS CRAMER, LLP, et al.,<br>　　　　Defendant.　　　　　　　　／ | No. 07-01237 SBA<br>**AMENDED ORDER**<br>[Docket No. 137] |

　　　Before the Court is Defendants' Application for Administrative Relief to File an opening brief in excess of 25 pages. The Court GRANTS the motion. The Court further ORDERS all parties to comply with this court's standing order which requires that opening and opposing briefs exceeding twenty-five (25) pages may be filed only with leave of the Court seven (7) days before the filing date of the motion.

　　　IT IS SO ORDERED.

Dated: 12/11/08

　　　　　　　　　　　　　　　　　　　　／s／ Saundra B Armstrong
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge