IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC,<br>        Plaintiff,<br><br>  v.<br><br>HARRIS CRAMER, LLP, et al.,<br><br>        Defendant.<br>_____/ | No. 07-01237 SBA<br><br>**ORDER**<br><br>[Docket No. 131, 132, 158] |

      Before the Court is Defendant Harris Cramer's Motion to Extend Date to Have Dispositive Motions Heard [Docket No. 131], which is unopposed. Also before the Court are Plaintiff's Motion Extending Motion Cut-off Date [Docket No. 132] and Plaintiff's Motion for Extension of Time to File Opposition to Motions for Summary Judgment [Docket No. 158]. The plaintiff's motions are also unopposed, with one minor exception. In Plaintiff's motion for an extension of time to file its opposition brief to the defendants' summary judgment motions, Plaintiff requests either an extension to December 30, 2008, or to January 6, 2009. Neither the Harris Cramer Defendants nor the Frank Rosen Defendants oppose the extension in principle, although the Frank Rosen Defendants prefer the extension to January 6, 2009.

      By considering the plaintiff's motion to alter the briefing schedule for the dispositive motions, currently set for hearing on January 13, 2009, the Court also necessarily considers its effect on the other pending motions set forth above. All parties are aware that an extension of the time by which to file the Opposition briefs to the motions for summary judgment necessarily affects the briefing and hearing schedule for the motions. However, the plaintiff also emphasizes that a grant of their motion should have no effect on the pre-trial dates. In order to accomplish this, the motions should be heard by January 30, 2009, the date of the parties' mandatory pre-trial settlement

conference before Magistrate Judge Zimmerman.

It is HEREBY ORDERED that the plaintiff's motion for extension of time to file the oppositions to motions for summary judgment is GRANTED [Docket No. 158] and IT IS FURTHER ORDERED the following deadlines are amended as follows:

1. Plaintiff's Opposition to Defendants' motions for summary judgment, previously due on December 23, 2008, must be filed on or before December 30, 2008.

2. Defendants' reply briefs, previously due on December 30, 2008, must be filed on or before January 6, 2009.

3. The hearing on the Defendants' Motions for Summary Judgment, currently schedule for January 13, 2009, at 1:00 p.m. is CONTINUED to January 20, 2009, at 1:00 p.m. [Docket No. 131].

It is FURTHER ORDERED that the Plaintiff's motion to extend the motion deadline is DENIED. [Docket No. 132].

IT IS SO ORDERED.

Dated: 12/24/08

SAUNDRA BROWN ARMSTRONG

United States District Judge

2