IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, <br>     Plaintiff, <br>   v. <br> HARRIS CRAMER, LLP, et al., <br>     Defendant. | No. 07-01237 SBA <br><br> **ORDER** <br><br> [Docket No. 162] |

     Before the Court is Plaintiff's request to file an opposition brief to the Frank Rosen Defendant's motion for summary judgment in excess of twenty-five (25) pages. [Docket No. 162]. The motion is unopposed.

     Plaintiff requests the opportunity for additional pages in order to adequately respond to the numerous legal and factual issues raised by the Frank Rosen Defendant's thirty-seven (37) page brief in support of its motion for summary judgment. The Court, having permitted the Frank Rosen Defendants to file an oversized brief, also GRANTS plaintiff leave to file an opposition brief not to exceed thirty-seven (37) pages.

IT IS SO ORDERED.

Dated: 1/24/08

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG

United States District Judge

2