1  Robert A. Spanner, Esq., State Bar No. 60308
2  Susan Kalra, Esq., State Bar No. 167940
   TRIAL & TECHNOLOGY LAW GROUP
3  A Professional Law Corporation
   545 Middlefield Road, Suite 220
4  Menlo Park, California 94025
   Telephone:    (650) 324-2223
5  Facsimile:    (650) 324-0178

6
   Attorneys for Plaintiff
7  FORTE CAPITAL PARTNERS, LLC

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 FORTE CAPITAL PARTNERS, LLC,        )   Case No.  C 07-01237 SBA
                                       )
12         Plaintiff,                  )   **ORDER GRANTING PLAINTIFF'S**
                                       )   **MOTION TO CONTINUE**
13    vs.                              )   **DISCOVERY CUT-OFF DATE**
                                       )   [Docket No. 119]
14 HARRIS CRAMER, LLP, *et al.*,       )
                                       )
15         Defendants.                 )
                                       )
16 _____ )

17

18
         Before the Court is Plaintiff's unopposed Motion to Continue Discovery Cut-off
19
   Date. [Docket No. 119].  Good cause appearing, IT IS HEREBY ORDERED THAT
20
   Plaintiff's Motion is GRANTED.  The discovery cutoff in the above-captioned case is
21
   extended to January 5, 2009, permitting time for Plaintiff to complete the deposition of
22
   Defendant Alan Frank.
23

24       IT IS SO ORDERED.

25
   Dated: 12/24/08                     _____
26                                     UNITED STATES DISTRICT COURT JUDGE

27

28
   _____
   Order Granting Mot. T               1