UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, | No. C 07-01237 SBA |
| Plaintiff, | |
| v. | ORDER |
| HARRIS CRAMER, LLP,. et al, | [Docket Nos. 134, 175, 194, 208, 215, 218] |
| Defendants. | |

The Court, having reviewed and considered the moving and opposing papers with respect to the following motions, makes the following determinations:

1. Plaintiff's unopposed Motion to Strike Expert Reports of James Wagstaffe and Archie Robinson is DENIED WITHOUT PREJUDICE to refiling as a motion in limine, if appropriate. [Docket No. 134].

2. Plaintiff's Ex Parte Application for Administrative Relief for Leave to File Memorandum in Opposition to Motion for Summary Judgment in Excess of 25 pages is DENIED AS MOOT. [Docket No. 175].

3. Plaintiff's Renewed Motion for Clarification of Court's Order of December 11, 2008 and Motion for Clarification of Court Orders of December 24, 2008 is DENIED AS MOOT. [Docket No. 194].

4. For the reasons discussed in the telephonic status conference held on January 21, 2009, all of counsel's requests to be excused from personal attendance at a mandatory settlement conference on January 30, 2009, before Magistrate Judge Zimmerman, are DENIED, including but not limited to the requests of Jeffrey Vucinich, Michael Harris and Alan Frank. [Docket Nos. 208, 215, 218].

1
2   IT IS SO ORDERED.

    DATED:  1/21/09
3                                                   _____
                                                    HON. SAUNDRA B. ARMSTRONG
                                                    United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28