JEFFREY M. VUCINICH, ESQ. BAR#: 67906
LINDSAY A. STEELE, ESQ. BAR#:253718
CLAPP, MORONEY, BELLAGAMBA
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400 (650) 989-5499 FAX

Attorneys for Defendants
FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK and MARC H. SNYDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS CRAMER, L.L.P., a partnership; MICHAEL D. HARRIS; FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK; MARC H. SNYDER; and DOES 1-50, inclusive, | CASE NO.: C0701237 EMC<br><br>**STIPULATION AND [proposed] ORDER TO CONTINUE TIME FOR CASE MANAGEMENT CONFERENCE ON FEBRUARY 18, 2009** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned on behalf of their respective clients, which constitutes agreement between all of the parties to this matter and their attorneys of record, that the Case Management Conference scheduled for February 18, 2009, before Magistrate Judge Edward M. Chen will begin at 2:30 p.m. in Courtroom C, 15th Floor of the U.S. District Court located at 450 Golden Gate Avenue, San Francisco, California 94102.

DATED: February 3, 2008           By: _____
                                         LINDSAY A. STEELE, ESQ.

STIPULATION AND [proposed] ORDER TO CONTINUE TIME
FOR CASE MANAGEMENT CONFERENCE ON FEBRUARY 18,
2009; CASE NO. C07-01237 EMC

G:\Data\DOCS\0395\03755\Stip-C
MC-021809(time).pld

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 3, 2008 | By: _____ |
| 3 | | ROBERT A. SPANNER, ESQ. |
| 4 | | |
| 5 | DATED: February 3, 2008 | By: _____ |
| 6 | | RUSSELL S. ROECA, ESQ. |

## ORDER

Pursuant to Stipulation and for good cause showing, the Case Management Conference scheduled for February 18, 2009, will begin at 2:30 p.m.

IT IS SO ORDERED.

Dated: February 5, 2009    By: _____
MAGISTRATE JUDGE CHEN
U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

STIPULATION AND [proposed] ORDER TO CONTINUE TIME FOR CASE MANAGEMENT CONFERENCE ON FEBRUARY 18, 2009; CASE NO. C07-01237 EMC

1

G:\Data\DOCS\0395\03755\Stip-CMC-021809(time).pld