UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC,<br><br>        Plaintiff(s),<br><br>   v.<br><br>HARRIS CRAMER LLP, et al.,<br><br>        Defendant(s). | No. C07-1237 SBA (BZ)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

Pursuant to referral from Judge Chen, **IT IS HEREBY ORDERED** that a settlement conference is scheduled for **March 10, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party that has already filed its settlement conference statement need not file a new statement unless it desires to supplement its existing statement.  The settlement conference otherwise remains in full force and effect.  The parties shall attend in person.

Dated: February 23, 2009

                                  Bernard Zimmerman
                       United States Magistrate Judge

1