UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, | No. C07-1237 SBA (BZ) |
| Plaintiff(s), | **SCHEDULING ORDER** |
| v. |  |
| HARRIS CRAMER LLP, et al., |  |
| Defendant(s). |  |

The parties having been unable to agree to any of the alternative dates I have proposed, **IT IS HEREBY ORDERED** that the settlement conference will occur as scheduled on **Tuesday, March 10, 2009 at 9:00 a.m.** All requests to be excused are **DENIED**. Any further requests for relief should be addressed to Judge Chen.

Dated: March 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

1