RUSSELL S. ROECA (State Bar # 97297)
EDWARD D. HAAS (State Bar # 76647)
DANIEL W. HAGER (State Bar # 121515)
ROECA HAAS HAGER LLP
351 California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988

Attorneys for Defendants HARRIS CRAMER, L.L.P.
and MICHAEL D. HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS CRAMER, L.L.P., a partnership; MICHAEL D. HARRIS; FRANK, ROSEN, SNYDER & MOSS, L.L.P., a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK; MARC H. SNYDER; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 07-01237 EMC<br><br>CONTINUE<br>STIPULATION TO ~~PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE EDWARD CHEN AND ORDER THEREON~~ SETTLEMENT CONFERENCE |

The parties, by and through their respective counsel, stipulate to continue the date for the Mandatory Settlement Conference from March 10, 2009 to March 13, 2009 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: March 5, 2009            ROECA HAAS HAGER LLP

                                By: _____
                                Edward D. Haas, Attorneys for Defendants
                                HARRIS CRAMER, L.L.P. and
                                MICHAEL D. HARRIS

STIPULATION TO CONTINUE            FORTE CAPITAL PARTNERS, L.L.C. v.
SETTLEMENT CONFERENCE DATE         HARRIS CRAMER, L.L.P., et al,
                                   Case No. C 07-01237 MJJ

1

2  Dated: March 5, 2009                    CLAPP, MORONEY, BELLAGAMBA &
                                           VUCINICH
3

4                                          By: _____
5                                              Jeffrey M. Vucinich, Attorneys for
                                               Defendants FRANK, ROSEN, SNYDER &
6                                              MOSS, LLP, ALAN L. FRANK LAW
                                               ASSOCIATES, P.C., ALAN L. FRANK
7                                              and MARC H. SNYDER

8

9

10 Dated: March ___ 2009                   TRIAL & TECHNOLOGY GROUP

11

12                                         By: _____
                                               Robert A. Spanner, Attorneys for Plaintiff
13                                             FORTE CAPITAL PARTNERS, LLC.

14                    **ORDER APPROVING STIPULATION**

15

16     **IT IS SO ORDERED**                _____
                                           Bernard Zimmerman
17     DATED: 3/5/3009                     United States Magistrate Judge

18

19

20

21

22     G:\Forte Capital\Pleadings\Stip to MSC Date.doc

23

24                                         

25

26

27

28

STIPULATION TO CONTINUE              2     FORTE CAPITAL PARTNERS, L.L.C. v.
SETTLEMENT CONFERENCE DATE                 HARRIS CRAMER, L.L.P., et al,
                                           Case No. C 07-01237 MJJ

Roeca Haas Hager LLP
351 California Street, Suite 900, San Francisco, CA 94104
415.352.0980  Fax 415.352.0988

Dated: March __ 2009

CLAPP, MORONEY, BELLAGAMBA & VUCINICH

By: _____
Jeffrey M. Vucinich, Attorneys for Defendants FRANK, ROSEN, SNYDER & MOSS, LLP, ALAN L. FRANK LAW ASSOCIATES, P.C., ALAN L. FRANK and MARC H. SNYDER

Dated: March 5 2009

TRIAL & TECHNOLOGY GROUP

By: _____
Robert A. Spanner, Attorneys for Plaintiff FORTE CAPITAL PARTNERS, LLC.

### ORDER APPROVING STIPULATION

**IT IS SO ORDERED**

_____
Bernard Zimmerman
United States Magistrate Judge

G:\Forte Capital\Pleadings\Stip to MSC Date.doc

---

STIPULATION TO CONTINUE
SETTLEMENT CONFERENCE DATE

2

FORTE CAPITAL PARTNERS, L.L.C. v.
HARRIS CRAMER, L.L.P., et al,
Case No. C 07-01237 MJJ