JEFFREY M. VUCINICH, ESQ. BAR#: 67906
LINDSAY A. STEELE, ESQ. BAR#:253718
CLAPP, MORONEY, BELLAGAMBA, VUCINICH,
BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400 (650) 989-5499 FAX

Attorneys for Defendants
FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership and ALAN L. FRANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS CRAMER, L.L.P., a partnership; MICHAEL D. HARRIS; FRANK, ROSEN, SNYDER & MOSS, LLP, a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK; MARC H. SNYDER; and DOES 1-50, inclusive, | CASE NO.: C0701237 EMC<br><br>**STIPULATION AND [proposed] ORDER TO CONTINUE MAY 6, 2009 STATUS CONFERENCE TO MAY 13, 2009**<br><br>Case Settled 3/13/09 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned on behalf of their respective clients, which constitutes agreement between all of the parties to this matter and their attorneys of record, that the Status Conference scheduled for May 6, 2009, at 2:30 p.m. before Magistrate Judge Edward M. Chen be moved to May 13, 2009, at 2:30 p.m. in Courtroom C, 15th Floor of the U.S. District Court located at 450 Golden Gate Avenue, San Francisco, California 94102.

The parties have not yet received a copy of the transcript of the mandatory settlement conference proceedings, though a copy has been ordered. The parties have thus not had the

opportunity to review the record and meet and confer regarding the same. For this reason, an updated joint case management statement will be submitted by the parties and filed with the court by May 6, 2009.

DATED: April 29, 2009       By: _____
                                LINDSAY A. STEELE, ESQ.

DATED: April 29, 2009       By: *[signature]*
                                EDWARD D. HAAS, ESQ.

DATED: April ____, 2009     By: _____
                                ROBERT A. SPANNER, ESQ.

### ORDER

Pursuant to Stipulation and for good cause showing, the Status Conference scheduled for May 6, 2009, has been continued to May 13, 2009, at 2:30 p.m. in Courtroom C, 15th Floor of the U.S. District Court located at 450 Golden Gate Avenue, San Francisco, California 94102. An updated Status Conference Statement shall be filed by May 6, 2009.

**IT IS SO ORDERED.**

Dated: April 30, 2009       By: _____
                                MAGISTRATE JUDGE EDWARD M. CHEN

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

opportunity to review the record and meet and confer regarding the same. For this reason, an updated joint case management statement will be submitted by the parties and filed with the court by May 6, 2009.

DATED: April ____, 2009      By: _____
                                  LINDSAY A. STEELE, ESQ.

DATED: April ____, 2009      By: _____
                                  EDWARD D. HAAS, ESQ.

DATED: April 27, 2009        By: _____
                                  ROBERT A. SPANNER, ESQ.

### ORDER

Pursuant to Stipulation and for good cause showing, the Status Conference scheduled for May 6, 2009, has been continued to May 13, 2009, at 2:30 p.m. in Courtroom C, 15th Floor of the U.S. District Court located at 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated:                        By: _____
                                  MAGISTRATE JUDGE EDWARD M. CHEN
                                  U.S. DISTRICT COURT JUDGE

**FORTE CAPITAL PARTNERS, LLC v. HARRIS CRAMER, LLP, et al.**
United States District Court, Northern District of California Case No. C07-01237 EMC

**PROOF OF SERVICE - Civil**
[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE:**

☐ **By Personal Service**   ☐ **By Mail**   ☐ **By Overnight Delivery**
☐ **By Messenger Service**   ☐ **By Facsimile**   ☒ **By E-Mail/Electronic Transmission**

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document described as:

**STIPULATION AND [proposed] ORDER TO CONTINUE MAY 6, 2009 STATUS CONFERENCE TO MAY 13, 2009**

4. I served the document on the persons below, as follows:

| | |
|---|---|
| Robert A. Spanner, Esq.<br>Susan Kalra, Esq.<br>Trial & Technology Group<br>545 Middlefield Road, Suite 220<br>Menlo Park, CA 94025<br>Tel: (650) 324-2223<br>Fax: (650) 324-0178<br>email: ras@techtriallaw.com<br>e-mail: sqk@techtriallaw.com<br>*Attys for Plaintiff Forte Capital Partners, LLC* | Russell S. Roeca, Esq.<br>Edward D. Haas, Esq.<br>Daniel Hager, Esq.<br>Roeca Haas Hager LLP<br>351 California Street, Suite 900<br>San Francisco, CA 94104<br>Tel: (415) 352-0980<br>Tel: (415) 901-4201 (Roeca direct)<br>Fax: (415)352-0988<br>e-mail: rroeca@r2hlaw.com<br>e-mail: ehaas@r2hlaw.com<br>www.r2hlaw.com<br>*Atty for Defendants MICHAEL D. HARRIS and HARRIS CRAMER, L.L.P., a partnership* |

5. The document was served by the following means (specify):

   a.   ☐   **BY PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the

documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

b. ☐ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

c. ☐ **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **BY MESSENGER SERVICE** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ☐ **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ■ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

///

G:\Data\DOCS\0395\03755\POS-District-Stip-Order-Cont-Status-Conf050609

☐ **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2009, at San Bruno, California.

_Claudia Gomez_

***Proof of Service - Civil***
*[Code of Civ.Proc. §§ 1011, 1013, 1013a, 2015.5]*

G:\Data\DOCS\0395\03755\POS-District-Stip-Order-Cont-Status-Conf050609