1  ANDREW H. WILSON (No. 63209)
2  email: ahw@wilsoncampilongo.com
   WILSON CAMPILONGO LLP
3  7 Mt. Lassen Drive, Suite C250
   San Rafael, CA 94903
4  Tel: 415-289-7100

5

6  Attorneys for Plaintiff
   FORTE CAPITAL PARTNERS, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | FORTE CAPITAL PARTNERS, LLC,            | Case No.  C 07-01237 EMC
   |                                         |
13 |            Plaintiff,                   | SUBSTITUTION OF COUNSEL FOR
   |                                         | PLAINTIFF FORTE CAPITAL
14 |    vs.                                  | PARTNERS, LLC
   |                                         |
15 | HARRIS CRAMER, LLP, *et al.*,           | ORDER
   |                                         |
16 |            Defendants.                  |

17

18

19         TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

20         PLEASE TAKE NOTICE that Plaintiff Forte Capital Partners, LLC hereby substitutes

21  Andrew H. Wilson, Esq., e-mail address: ahw@wilsoncampilongo.com, of WILSON

22  CAMPILONGO LLP, 7 Mt. Lassen Drive, Suite C250, San Rafael, CA 94903, Telephone:

23  415-289-7100, in place and instead of Robert A. Spanner, Esq. of TRIAL &

24  TECHNOLOGY LAW GROUP, A Professional Corporation as its attorney of record in the

25  above-captioned action.

26

27

28

              SUBSTITUTION OF COUNSEL FOR FORTE CAPITAL PARTNERS, LLC    C 07-01237 EMC
                                            -1-

**SUBSTITUTION BASED ON CONSENT**

The undersigned consent to the substitution:

DATED: May __, 2009.        FORTE CAPITAL PARTNERS, LLC

By: _____
                    DANIEL MCKELVEY

DATED: May __, 2009.        ROBERT A. SPANNER
                            TRIAL & TECHNOLOGY LAW GROUP
                            A Professional Corporation

By: _____
                    ROBERT A. SPANNER

The undersigned accepts the substitution:

DATED: May __, 2009.        FORTE CAPITAL PARTNERS, LLC

By: _____
                    ANDREW H. WILSON

I, ROBERT A. SPANNER, am the ECF User whose ID and password are being used to file this SUBSTITUTION OF COUNSEL FOR PLAINTIFF FORTE CAPITAL PARTNERS, LLC.  In compliance with General Order 45, X.B., I hereby attest that DANIEL MCKELVEY and ANDREW H. WILSON have concurred in this filing.

DATED: May __, 2009.

By: _____
                    ROBERT A. SPANNER

**SO ORDERED.**

DATED: ___5/19___, 2009.

By: _____
    THE HONORABLE EDWARD M. CHEN
    UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*