1   Robert A. Spanner, Esq., State Bar No. 60308
    TRIAL & TECHNOLOGY LAW GROUP
2   A Professional Law Corporation
    545 Middlefield Road, Suite 220
3   Menlo Park, California 94025
    Telephone:     (650) 324-2223
4   Facsimile:     (650) 324-0178
5
6   Movant
    TRIAL & TECHNOLOGY LAW GROUP
7
8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
11
    FORTE CAPITAL PARTNERS, LLC,          )   Case No.  C 07-01237 EMC
12                                        )
                  Plaintiffs,             )   [PROPOSED] ORDER GRANTING TRIAL
13                                        )   & TECHNOLOGY LAW GROUP'S
          vs.                             )   MOTION TO REMOVE INCORRECTLY
14                                        )   FILED DOCUMENT
15  HARRIS CRAMER, LLP, et al.,           )
                                          )   [MISCELLANEOUS ADMINISTRATIVE
16                Defendants.             )   REQUEST PURSUANT TO L.R. 7-11]
17  _____)
                                              Courtroom C, 15th Floor
18                                            Magistrate Judge Edward M. Chen
19
20          After consideration of the submission of counsel, IT IS HEREBY ORDERED that Trial
21
    & Technology Law Group's motion to remove incorrectly filed document #273 is GRANTED.
22
23
24  Dated: June ___8___, 2008
25
26
27                                                                          GE
28

IT IS SO ORDERED

Judge Edward M. Chen