RUSSELL S. ROECA (State Bar # 97297)
EDWARD D. HAAS (State Bar # 76647)
DANIEL W. HAGER (State Bar # 121515)
ROECA HAAS HAGER LLP
351 California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988

Attorneys for Defendants HARRIS CRAMER, L.L.P.
and MICHAEL D. HARRIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO)

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS CRAMER, L.L.P., a partnership; MICHAEL D. HARRIS; FRANK, ROSEN, SNYDER & MOSS, L.L.P., a limited partnership; ALAN L. FRANK LAW ASSOCIATES, P.C., a corporation; ALAN L. FRANK; MARC H. SNYDER; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 07-01237 EMC<br><br>**STIPULATION TO DISMISS DEFENDANTS WITH PREJUDICE AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate pursuant to Federal Rule of Federal Procedure 41(a)(1) to dismiss with prejudice all defendants in this action, Harris Cramer, L.L.P., Michael D. Harris, Frank, Rosen, Snyder & Moss, L.L.P., Alan L. Frank Law Associates, P.C., Alan L. Frank and Marc H. Snyder.

The parties stipulate that the court shall retain jurisdiction to decide the pending motion by plaintiff's former counsel, Trial and Technology Law Group.

IT IS SO STIPULATED.

STIPULATION TO DISMISS DEFENDANTS          FORTE CAPITAL PARTNERS, L.L.C. v.
                                          HARRIS CRAMER, L.L.P., et al,
                                          Case No. C 07-01237 MJJ

| | | |
|---|---|---|
| 1 | Dated: June 9, 2009 | ROECA HAAS HAGER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Edward D. Haas, Attorneys for Defendants HARRIS CRAMER, L.L.P. and MICHAEL D. HARRIS |
| 5 | | |
| 6 | Dated: June 9, 2009 | CLAPP, MORONEY, BELLAGAMBA & VUCINICH |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Jeffrey M. Vucinich, Attorneys for Defendants FRANK, ROSEN, SNYDER & MOSS, LLP, ALAN L. FRANK LAW ASSOCIATES, P.C., ALAN L. FRANK and MARC H. SNYDER |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Dated: June 5, 2009 | WILSON CAMPILONGO LLP |
| 14 | | |
| 15 | | By: _____ |
| 16 | | Andrew Wilson, Attorneys for Plaintiff FORTE CAPITAL PARTNERS, LLC. |

**ORDER APPROVING STIPULATION**

IT IS SO ORDERED

Dated: June 10, 2009

_____
Edward M. Chen
United States Magistrate

IT IS SO ORDERED
Judge Edward M. Chen

G:\Forte Capital\Pleadings\Stip to Dismiss.doc

STIPULATION TO DISMISS DEFENDANTS       2       FORTE CAPITAL PARTNERS, L.L.C. v. HARRIS CRAMER, L.L.P., et al, Case No. C 07-01237 MJJ

Roeca Haas Hager LLP
351 California Street, Suite 900, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988