UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTE CAPITAL PARTNERS, LLC, | No. C-07-1237 EMC |
| Plaintiff, | |
| v. | **ORDER RE COSTS OWED TO VENDORS** |
| HARRIS CRAMER, LLP, *et al.*, | |
| Defendants. _____/ | |

On February 3, 2010, the Court held a status conference in the above-referenced case regarding the continuing dispute over costs owed to vendors. This order memorializes the rulings made by the Court at the status conference.

(1) For the following vendors, Forte shall provide to TTLG proof of satisfaction, *i.e.*, that are no outstanding monies due: Advanced Attorney Services; Ivize; Conference Call America; Dan Mottaz Video; Lyon Reporting; One Source Delivery Service; Quest Discovery Services; S&R Services; and Summit Court Reporting.

(2) For the following vendors, Forte shall reach a resolution regarding monies owed by February 10, 2010: Atkinson Baker; McCorkle Video; and Quality Control Documents. Forte shall provide proof of satisfaction.

(3) For the following vendors, Forte shall reach a resolution regarding monies owed by February 17, 2010: Regus; Video Depositions; and Grossman & Cotter. Forte shall provide proof of satisfaction.

   (4)   By February 17, 2010, the parties shall file a joint status report on the costs owed to vendors. *Both* parties are expected to keep one another informed during the above timeframes and mutually cooperate so that any disputes remaining are resolved prior to filing of the joint status report.

   IT IS SO ORDERED.

Dated: February 3, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

2