**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8   FORTE CAPITAL PARTNERS, LLC,              No. C-07-1237 EMC

9            Plaintiff,

                                             **ORDER CLOSING CASE**
10       v.

11  HARRIS CRAMER, LLP, *et al.*,

12           Defendants.
    _____/
13

14

15       On April 2, 2010, counsel Andrew Wilson and Robert Spanner informed the court that he

16  does not oppose to the Court's closing this case.  Therefore, it is hereby ordered that this case be

17  closed without prejudice with the Court retaining jurisdiction over enforcement matters.

18       IT IS SO ORDERED.

19
    Dated : April 9, 2020                    _____
20                                           EDWARD M. CHEN
                                             United States Magistrate Judge
21

22

23

24

25

26

27

28